# United States District Court
## Southern District of Georgia

JEROME COAST, JR.,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:24-cv-169

STATE OF GEORGIA, et al.,

Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated February 24, 2025, the Magistrate Judge's Report and Recommendation is adopted in part as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. 2254 petition is dismissed as untimely. The in forma pauperis status on appeal is denied. This case stands closed.



| 2/25/25 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(By) Deputy Clerk* |